**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| GLOBALFOUNDRIES U.S. INC.,<br><br>Plaintiff,<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD.;<br>TSMC NORTH AMERICA;<br>TSMC TECHNOLOGY, INC;<br> and<br>CISCO SYSTEMS, INC.,<br><br>Defendants. | C.A. No.: 6:19-cv-00492-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Globalfoundries U.S. Inc. hereby voluntarily dismisses, with prejudice, this action filed against Defendants.

- 1 -

Dated: November 12, 2019                    Respectfully submitted,

                                              */s/ Michael T. Renaud w/permission Andrea L. Fair*
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Adrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)


Michael T. Renaud (BBO No. 629783)
MTRenaud@mintz.com
James Wodarski (BBO No. 627036)
JWodarski@mintz.com
Michael J. McNamara (BBO No. 665885)
MMcNamara@mintz.com
William Meunier (BBO No. 677571)
WAMeunier@mintz.com
Samuel F. Davenport (BBO No. 636958)
SFDavenport@mintz.com
Adam S. Rizk (BBO No. 688305)
ARizk@mintz.com
Marguerite McConihe (SBN 308184)
MMcConihe@mintz.com
Matthew A. Karambelas (BBO No. 691034)
MAKarambelas@mintz.com
Catherine Xu (BBO No. 694235)
CXu@mintz.com
Jessica L. Perry (BBO No.  696392)
JLPerry@mintz.com
Christopher G. Duerden (BBO No. 693436)
CGDuerden@mintz.com
Nana Liu (BBO No. 694201)
NLiu@mintz.com
Kara E. Grogan (BBO No. 704449)
KEGrogan@mintz.com

- 3 -

        MINTZ LEVIN COHN FERRIS
          GLOVSKY AND POPEO PC
        One Financial Center
        Boston, MA 02111
        Tel: (617) 542-6000
        Fax: (617) 542-2241
        www.mintz.com

        Peter F. Snell (Reg. No. 4474136)
        PSnell@mintz.com
        MINTZ LEVIN COHN FERRIS
          GLOVSKY AND POPEO PC
        Chrysler Center
        666 Third Avenue
        New York, NY 10017
        Tel: (212) 935-3000
        Fax: (212) 983-3115

        *Counsel for Plaintiff Globalfoundries U.S. Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically this 12th day of November, 2019 via operation of this Court's ECF system.

        /s/ *Andrea L. Fair*
        Andrea L. Fair
        *Counsel for Plaintiff*